

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-21-00196-CR

HAWA MOHAMMED NAAATA,
Appellant

§ On Appeal from the

§ County Criminal Court No. 10

§ of Tarrant County (1674099)

V.

§ December 22, 2022

§ Memorandum Opinion by Justice Womack

THE STATE OF TEXAS

§ (nfp)

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed.

SECOND DISTRICT COURT OF APPEALS

By /s/ Dana Womack
      Justice Dana Womack